UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MINDY CALKINS, et al.,                    No. 1:21-cv-00062

    Plaintiffs,                    Hon. Paul L. Maloney

v.

KENT COUNTY, et al.,

    Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL

It is hereby Ordered that, in accordance with the stipulation between Plaintiff Mindy Calkins and Defendants Kent County, Peter MacGregor, and Kenneth Parrish (the "Kent County Defendants"), that Plaintiff Mindy Calkin's claims against the Kent County Defendants are dismissed with prejudice and without cost or fees.

Dated: _____, 2025

                                        Hon. Paul L. Maloney

Stipulated and agreed to:

/s/ E. Powell Miller
Donald R. Visser
Daniel O. Myers
VISSER AND ASSOCIATES PLLC
2480 44th Street SE, Suite 150
Kentwood, MI 49512
616.531.9860
donv@visserlegal.com
dan@visserlegal.com

E. Powell Miller
Christopher D. Kaye
Sharon S. Almonrode
Brandon T. Goldstein
MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
248.841.2200
cdk@millerlawpc.com
epm@millerlawpc.com
ssa@millerlawpc.com
btg@millerlawpc.com

E. Thomas McCarthy
SMITH HAUGHEY RICE & ROEGGE PC
100 Monroe Center NW
Grand Rapids, MI 49503
616.744.8000
tmccarthy@shrr.com

Matthew E. Gronda
GRONDA PLC
4800 Fashion Square Blvd., Suite 200
Saginaw, MI 48604
989.233.1639
matt@matthewgronda.com

Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
P.O. Box 107
Hemlock, MI 48626
989.642.0055
pellison@olcplc.com
*Attorneys for Plaintiffs*

/s/ Matthew T. Nelson (w/consent)
Matthew T. Nelson
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
mnelson@wnj.com

*Attorney for the Kent County Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on  December 24, 2025 I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
